# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION - FLINT

**IN THE MATTER OF:**

KEVIN P TOBIAS
KELLI L. TOBIAS

Debtors

CHAPTER **13**
Case No. 15-32713-JDA
Judge Joel D. Applebaum

### TRUSTEE'S NOTICE OF FINAL CURE PAYMENT AND TRUSTEE'S NOTICE OF COMPLETION OF PLAN PAYMENTS; NOTICE TO CREDITORS OF OBLIGATION TO FILE A RESPONSE AND RIGHT TO OBJECT; AND NOTICE TO DEBTOR OF OBLIGATION TO FILE DEBTOR'S CERTIFICATION

*Please read this Report carefully. It advises you of certain rights and deadlines imposed pursuant to the law.*
**Your rights may be adversely affected.**

Carl L. Bekofske, Standing Chapter 13 Trustee, pursuant to F.R.Bankr.P. 3002.1(f) and E.D. Mich. LBR 2015-3(a)(1), reports to the Court that the above-named Debtors have completed all payments under the confirmed Chapter 13 plan.

This notice is provided pursuant to F.R.Bankr.P. 3002.1(f), to claimants whose claims are secured by a security interest in the debtor(s) principal residence and whose claims are provided for under 11 U.S.C. 1322(b)(5).

**IF YOUR CLAIM WAS PAID BY THE TRUSTEE, THE DEBTORS HAVE PAID IN FULL THE AMOUNT REQUIRED TO CURE ANY DEFAULT ON YOUR CLAIM.**

**IF YOUR CLAIM WAS PAID DIRECTLY BY THE DEBTORS OR THE AUTOMATIC STAY WAS LIFTED DURING THE TERM OF THE DEBTORS CHAPTER 13 PLAN, THE TRUSTEE DOES NOT HAVE ANY INFORMATION REGARDING WHETHER THIS OBLIGATION IS CURRENT.**

*PURSUANT TO F.R.BANKR.P. 3002.1(g), YOU ARE REQUIRED TO FILE AND SERVE A RESPONSE ON THE DEBTORS, DEBTORS' COUNSEL AND THE TRUSTEE, NO LATER THAN 21 DAYS AFTER SERVICE OF THIS NOTICE. F.R.BANKR.P. 3002.1(g) SETS FORTH THE SPECIFICS GOVERNING THE REQUIRED RESPONSE.*

In addition to the requirements of F.R.Bankr.P. 3002.1(g), pursuant to E.D. Mich. LBR 2015-3(a)(2), if the Court determines that Debtor is eligible for a Discharge, the Order of Discharge will include findings that:

1. All allowed claims have been paid in accordance with the plan; and

2. With respect to any secured claim that continues beyond the term of the plan, any prepetition or post-petition defaults have been cured and the claim is in all respects current, with no escrow balance, late charges, costs or attorney fees owing.

Pursuant to E.D. Mich. LBR 2015-3(a)(3), if the Court determines that Debtor is eligible for a Discharge, the Order of Discharge will direct that:

1. Any creditor who held a secured claim that was fully paid shall execute and deliver to the Debtor a release, termination statement, discharge of mortgage or other appropriate certificate suitable for recording; and

2. Any creditor who holds a secured claim that continues beyond the term of the plan shall take no action inconsistent with the findings set forth in the Order of Discharge.

### RIGHTS AND DUTIES OF DEBTOR

**Duty of Debtors regarding secured debt obligations:** Every Debtor, regardless of whether the Debtor is or claims to be entitled to a discharge, must:

1. Immediately begin making the required payments on secured debt obligations to avoid defaulting on those secured debt obligations.

2. Continue to make required payments on secured debt obligations until those obligations are paid in full. If the Court determines that the Debtors are eligible for a Discharge, the Chapter 13 Discharge will not discharge the Debtors from any obligation on any continuing secured debt payments that come due after the date of the Debtors' last payment under the Plan.

*See* E.D. Mich. LBR 2015-3(a)(6)&(7).

**If the Debtor claims to be eligible for a discharge pursuant to 11 USC Section 1328:**

1. Within 28 days of the date of this Chapter 13 Trustee's Report, the Debtor must file with the Court the Chapter 13 Debtor's Certification Regarding Domestic Support Obligations and Section 522(q), Official Form B283. The form and instructions on how to complete this form may be found on the Court's web site, www.mieb.uscourts.gov.

2. If this is a Joint Case, each Debtor must separately complete and file a Debtor's Certification Regarding Domestic Support Obligations and Section 522(q), Official Form B283.

3. If the Debtor fails to complete and file a Chapter 13 Debtor's Certification Regarding Domestic Support Obligations and Section 522(q), Official Form B283 within 28 days of the date of this Chapter 13 Trustee's Report, the Debtor's case may be closed by the Court without the entry of a discharge.

*See* E.D. Mich LBR 4004-1

**RIGHTS AND DUTIES OF CREDITORS**

In addition to the requirements of F.R.Bankr.P. 3002.1(g), pursuant to E.D. Mich. LBR 2015-3(a)(4), if any party in interest asserts that:

1. The Debtors have failed to make all payments to the Chapter 13 Trustee as required by the confirmed Chapter 13 plan; or

2. The Debtors are not current in any payments the Debtors were authorized to make directly to a creditor; or

3. One or more allowed claims have not been paid in accordance with the plan; or

4. With respect to any secured claim that continues beyond the term of the plan, there remains prepetition or post-petition defaults that have not been cured or that the claim is otherwise not current in all respects including, but not limited to, any unpaid escrow balance, late charge, cost or attorney fee; or

5. A creditor has a lawful reason to refuse to execute or deliver a release, termination statement, discharge of mortgage or other appropriate certificate suitable for recording; or

6. There exists reasonable cause to believe that:

    (a) 11 U.S.C. Section 522(q)(1) may be applicable to the Debtors; or

    (b) There is pending any proceeding in which the debtors' may be found guilty of a felony of the kind specified in 11 U.S.C. Section 522(q)(1)(A) or found liable for a debt of the kind described in 11 U.S.C. Section 522(q)(1)(B)

the party may file an objection to this Report. Any objection must be filed not later than 21 days after service of this Trustee's Report. If a timely objection is filed, the Court will delay entry of the order of discharge until the Court resolves the objection and a hearing will be scheduled with notice to the objecting party.

In addition to the requirements of F.R.Bankr.P. 3002.1(g), if no objection to this Trustee's Report is timely filed, pursuant to E.D. Mich. LBR 2015-3(a)(5), it shall be conclusively determined that:

1. Debtors have made all payments to the Chapter 13 Trustee as required by the confirmed Chapter 13 plan; and

2. Debtors are current in all payments Debtors were authorized to make directly to a creditor; and

3. All allowed claims have been paid in accordance with the plan; and

4. With respect to any secured claim that continues beyond the term of the plan, all prepetition and post-petition defaults have been cured and the claim is current in all respects including, but not limited to, all escrow balances, late charges, costs or attorney fees; and

5. A creditor has no lawful reason to refuse to execute or deliver a release, termination statement, discharge of mortgage or other appropriate certificate suitable for recording; and;

6. There exists no reasonable cause to believe that:

    (a) 11 U.S.C. Section 522(q)(1) may be applicable to the Debtors; or

    (b) There is pending any proceeding in which the debtors may be found guilty of a felony of the kind specified in 11 U.S.C. Section 522(q)(1)(A) or found liable for a debt of the kind described in 11 U.S.C. Section 522(q)(1)(B)

7. The Court may enter an order of discharge containing the terms set forth above without further notice or hearing.

>OFFICE OF THE CHAPTER 13 STANDING TRUSTEE-FLINT
>Carl L. Bekofske, Chapter 13 Standing Trustee

Dated: April 06, 2021

/s/ Carl L. Bekofske
CARL L. BEKOFSKE (P16045)
MELISSA CAOUETTE (P62729)
400 N. Saginaw St. STE 331
Flint, MI 48502-2045
Telephone (810) 238-4675

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION - FLINT**

IN THE MATTER OF:
KEVIN P TOBIAS
KELLI L. TOBIAS
                  Debtors

CHAPTER 13
Case No. 15-32713-JDA
Judge Joel D. Applebaum

### PROOF OF SERVICE OF TRUSTEE'S NOTICE OF FINAL CURE PAYMENT AND TRUSTEE'S NOTICE OF COMPLETION OF PLAN PAYMENTS; NOTICE TO CREDITORS OF OBLIGATION TO FILE A RESPONSE AND RIGHT TO OBJECT; AND NOTICE TO DEBTOR OF OBLIGATION TO FILE DEBTOR'S CERTIFICATION

     I hereby certify that on April 06, 2021, I electronically filed the TRUSTEE'S NOTICE OF FINAL CURE PAYMENT AND TRUSTEE'S NOTICE OF COMPLETION OF PLAN PAYMENTS; NOTICE TO CREDITORS OF OBLIGATION TO FILE A RESPONSE AND RIGHT TO OBJECT; AND NOTICE TO DEBTOR OF OBLIGATION TO FILE DEBTOR'S CERTIFICATION with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

     The following parties were served electronically:

John L Hicks & Associates, Pc

     The parties on the attached list were served via First Class Mail at the addresses below by depositing same in a United States Postal Box with the lawful amount of postage affixed thereto:

                  /s/ Sherry Beasinger
                  Sherry Beasinger
                  For the Office of the Chapter 13 Standing Trustee-Flint
                  400 N. Saginaw St. STE 331
                  Flint, MI 48503-2045
                  (810) 238-4675

KEVIN P TOBIAS
KELLI L. TOBIAS
1143 TROTWOOD LN.
FLINT, MI 48507

7TH CIRCUIT COURT
900 S SAGINAW ST
FLINT, MI 48502

AMERICAN INFOSOURCE LP
CAPITAL ONE BANK USA NA
PO BOX 71083
CHARLOTTE, NC 28272

AMERICOLLECT INC
1851 S ALVERNO RD
MANITOWOC, WI 54220

AQUA FINANCE INC
1 CORPORATE DRIVE
SUITE 300
WAUSAU, WI 54401-1724

BANK OF AMERICA
PO BOX 982235
EL PASO, TX 79998

BSI FINANCIAL SERVICES
PO BOX 517
TITUSVILLE, PA 16354

BSI FINANCIAL SERVICES
1425 GREENWAY DRIVE, STE 400
IRVING, TX 75038

BUSINESS REVENUE SYSTEMS
PO BOX 13077
DES MOINES, IA 50310-0077

CBM SERVICES
300 RODD ST.
SUITE 2O2
MIDLAND, MI 48640

CHASE
PO BOX 15298
WILMINGTON, DE 19850-5298

CITI
PO BOX 6241
SIOUX FALLS, SD 57117

DELL FINANCIAL
PO BOX 81577
AUSTIN, TX 78708

DIGESTIVE ENDOSCOPY CENTER
6240 RASHELLE DR.
STE 101
FLINT, MI 48507

ELAN FINANCIAL SERVICES
PO BOX 5229
CINCINNATI, OH 45201

FLUSHING HEALTHCARE PC
8384 HOLLY RD, SUITE 2
GRAND BLANC, MI 48439

GE MONEY BANK
PO BOX 960061
ORLANDO, FL 32896-0661

GENESEE URGENT CARE
2295 S. LINDEN RD.
FLINT, MI 48532

GENESYS
PO BOX 773273
3273 SOLUTIONS CENTER
CHICAGO, IL 60677

GENESYS REGIONAL MEDICAL CTR
ONE GENESYS PARKWAY
GRAND BLANC, MI 48439

GRAND BLANC EYES
11225 SOUTH SAGINAW STREET
GRAND BLANC, MI 48439

HURLEY MEDICAL CENTER
1 HURLEY PLAZA
ATTN: BILLING DEPT.
FLINT, MI 48502

INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA, PA 19101

KOHL'S/CHASE
N56 W 17000 RIDGEWOOD DR
MENOMONEE FALLS, WI 53051

METROPLEX PATHOLOGY ASSOCIATES
PO BOX 840294
DALLAS, TX 75284

MICHIGAN RHEUMATOLOGY
8200 S SAGINAW STREET
SUITE 500
GRAND BLANC, MI 48439

MMCC
6324 TAYLOR DR
FLINT, MI 48507-4685

NATIONSTAR MORTGAGE, LLC
PO BOX 619094
DALLAS, TX 75261-9741

REGIONAL MEDICAL IMAGING
3346 LENNON ROAD
SUITE 2
FLINT, MI 48507-1076

REPUBLIC BANK
328 S SAGINAW ST
FLINT, MI 48502

SCHNEIDERMAN & SHERMAN PC
23938 RESEARCH DRIVE
SUITE 300
FARMINGTON HILLS, MI 48335

SOTTILE & BARILE
394 WARDS CORNER RD, STE 180
LOVELAND, OH 45140

THE HUNTINGTON NATIONAL BANK
3 CASCADE PLAZA CAS56
AKRON, OH 44308

ZOUHEIR FARES, DO
8384 HOLLY RD, STE 1
GRAND BLANC, MI 48439