| Fill in this information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | Kevin P. Tobias | | |
| Debtor 2 (Spouse, if filing) | Kelli L. Tobias | | |
| United States Bankruptcy Court for the: | Eastern | District of | Michigan (State) |
| Case number | 15-32713-jda | | |

# Form 4100R
## Response to Notice of Final Cure Payment                                   10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

### Part 1: Mortgage Information

**Name of creditor:** U.S. Bank Trust National Association, as Trustee of Cabana Series III Trust

**Last 4 digits** of any number you use to identify the debtor's account: 5 8 5 9

**Property address:** 1143 Trotwood Lane
Number     Street

Flint                              MI       48507
City                              State   ZIP Code

**Court claim no.** (if known): 6-1

### Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:     $ _____

### Part 3: Postpetition Mortgage Payment

*Check one:*

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: 05 / 01 / 2021
MM / DD / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

  a. Total postpetition ongoing payments due:                          (a) $ _____

  b. Total fees, charges, expenses, escrow, and costs outstanding:  + (b) $ _____

  c. **Total.** Add lines a and b.                                     (c) $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:   ___ / ___ / ___
MM / DD / YYYY

| Debtor 1 | Kevin P. Tobias | Case number (if known) 15-32713-jda |
|---|---|---|
| | First Name   Middle Name   Last Name | |

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- ■ all payments received;
- ■ all fees, costs, escrow, and expenses assessed to the mortgage; and
- ■ all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.

*Check the appropriate box::*

❑ I am the creditor.
■ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ /s/ Molly Slutsky Simons
Signature

Date 04/15/2021

Print: **Molly Slutsky Simons**
First Name   Middle Name   Last Name

Title: Attorney for Creditor

Company: Sottile and Barile, Attorneys at Law

If different from the notice address listed on the proof of claim to which this response applies:

Address: 394 Wards Corner Road, Suite 180
Number   Street

Loveland   OH   45140
City   State   ZIP Code

Contact phone (513) 444-4100

Email: bankruptcy@sottileandbarile.com

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# FLINT DIVISION

| | |
|---|---|
| In Re: | Case No. 15-32713-jda |
| Kevin P. Tobias<br>Kelli L. Tobias | Chapter 13 |
| Debtors. | Judge Joel D. Applebaum |

## PROOF OF SERVICE

The undersigned does hereby certify that a copy of the Response to Notice of Final Cure Payment has been duly electronically serviced, noticed or mailed via U.S. First Class Mail, postage prepaid on April 15, 2021 to the following:

Kevin P. Tobias, Debtor
1143 Trotwood Ln.
Flint, MI 48507

Kelli L. Tobias, Debtor
1143 Trotwood Ln.
Flint, MI 48507

John L. Hicks, Debtors' Counsel
jlhicks14@hotmail.com

Cark Bekofske, Trustee
ecf@flint13.com

United States Trustee's Office
(registeredaddress)@usdoj.gov

                                                Respectfully Submitted,

                                                /s/ Molly Slutsky Simons
                                                Molly Slutsky Simons (OH 0083702)
                                                Sottile & Barile, Attorneys at Law
                                                394 Wards Corner Road, Suite 180
                                                Loveland, OH 45140
                                                Phone: 513.444.4100
                                                Email: bankruptcy@sottileandbarile.com
                                                Attorney for Creditor